UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
VISION TECHNOLOGIES LAND : Case No.: 2008 CIV 9889 (RJH)
SYSTEMS, INC., : ECF Case
:
Plaintiff, :
:
-against- : **AMENDED JOINT**
: **SCHEDULING ORDER**
H.I.G. CEDAR, INC., :
:
Defendant. :
:
-----------------------------------------------------------------x

  This Cause comes before the Court upon the parties' Joint Motion to Amend Scheduling Order. For good cause shown, this motion is GRANTED, and the Scheduling Order is amended pursuant to the revised deadlines included in the parties' Joint Motion, which revised deadlines are incorporated herein. *A pretrial conference shall be held on Sept. 10, 2009 at 10:30*

This the 22 day of May, 2009.

                 _____
                 Richard J. Holwell
                 U.S. District Court Judge

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/27/09
```

#1285698_1.DOC